No. 75–6089. CAVITT v. ESTELLE, CORRECTIONS DIRECTOR. C. A. 5th Cir. Certiorari denied.

No. 75–6114. WINN v. ESTELLE, CORRECTIONS DIRECTOR. C. A. 5th Cir. Certiorari denied.

No. 75–6115. DONNELLY v. PENNSYLVANIA. Super. Ct. Pa. Certiorari denied.

No. 75–6119. SMITH v. SUPREME COURT OF WASHINGTON. Sup. Ct. Wash. Certiorari denied.

No. 75–6120. DAVENPORT v. HOUSING AND DEVELOPMENT ADMINISTRATION OF THE CITY OF NEW YORK. C. A. 2d Cir. Certiorari denied.

No. 75–6122. GALLOWAY v. BREWER, WARDEN. C. A. 8th Cir. Certiorari denied.

No. 75–6128. NELSON v. HENDERSON, WARDEN. C. A. 5th Cir. Certiorari denied.

No. 75–6131. REPOSA v. CALIFORNIA. Ct. App. Cal., 1st App. Dist. Certiorari denied.

No. 75–6138. MAWHINNEY v. NEW YORK. App. Div., Sup. Ct. N. Y., 1st Jud. Dept. Certiorari denied.

No. 75–6139. JAMISON v. SOUTH CAROLINA. Sup. Ct. S. C. Certiorari denied.

No. 75–6157. JII v. COLUMBUS COATED FABRICS. C. A. 6th Cir. Certiorari denied.

No. 75–6161. BROWN v. CALIFORNIA. Sup. Ct. Cal. Certiorari denied.